**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT KANSAS
AT KANSAS CITY**

| | | |
|---|---|---|
| ARMANDO GUTIERREZ, | ) | |
| | ) | |
| On Behalf of Himself and | ) | |
| All Others Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 19-cv-2527-KHV-TJJ |
| | ) | |
| THE BIG BISCUIT COMPANY, LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Armando Gutierrez and Defendant BBR Overland Park, LLC (as well as The Big Biscuit Company, LLC) hereby stipulate to the dismissal of the above-styled case, without prejudice.

Respectfully Submitted,

**The Hodgson Law Firm, LLC**

By: */s/ Michael Hodgson*
Michael Hodgson    MO Bar No. 63677
3609 SW Pryor Road
Lee's Summit, MO 64082
Tel: 816.600-0117
Fax: 816.600-0137
mike@thehodgsonlawfirm.com

AND

**DUGAN SCHLOZMAN LLC**

/s/ *Heather J. Schlozman*
Heather J. Schlozman, KS Bar # 23869
Mark V. Dugan, KS Bar # 23897
heather@duganschlozman.com
mark@duganschlozman.com

>8826 Santa Fe Drive, Suite 307
>Overland Park, Kansas 66212
>Telephone:   (913) 322-3528
>Facsimile:    (913) 904-0213
>
>**Counsel for Plaintiff and the Putative Class**
>
>**AND**
>
>**MCCAUSLAND BARRETT & BARTALOS P.C.**
>
>  /s/ *Molly Brown Bartalos*
>Molly Brown Bartalos           #20703
>9233 Ward Parkway, Suite 270
>Kansas City, Missouri 64114
>(816) 523-3000/FAX (816) 523-1588
>mbartalos@mbblawfirmkc.com
>
>**Counsel for Defendant**

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 14, 2021, the foregoing was filed with the Court's ECF system, sending notification to all counsel of record.

>  /s/ *Mark V. Dugan*